■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOHN DeCOSTA LINTON, Appellant.— Appeal by defendant from a judgment of the Supreme Court, Queens County, rendered June 3, 1971, convicting him of criminally selling a dangerous drug in the third degree, upon a jury verdict, and sentencing him to probation for a period of five years. Judgment affirmed

(former Code Crim. Pro., § 542 [now CPL 470.05, subd. 1]). Martuscello, Acting P. J., Latham, Shapiro, Brennan and Benjamin, JJ., concur.